# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-4873

_____

RICHARD A. WASHINGTON,

    Petitioner,

    v.

STATE OF FLORIDA and JULIE
JONES, Secretary, Florida
Department of Corrections.

    Respondents.

_____

Petition for Writ of Mandamus – Original Jurisdiction.

February 28, 2018

PER CURIAM.

DENIED. *See Sapp v. Crosby*, 917 So. 2d 905 (Fla. 1st DCA 2005) ("Because the circuit court has nothing before it on which to rule, we deny the petition for writ of mandamus.").

RAY, BILBREY, and WINOKUR, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____



Richard A. Washington, pro se, Petitioner.

Pamela Jo Bondi, Attorney General, Tallahassee, for Respondents.